(Docket Entry Nos. 164, 186, 200)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____
                                                          :
MARS, INC. and MEI, INC.,                     :
                                                          :
                              Plaintiffs,          :          Civil No. 05-3165 (RBK/JS)
                                                          :
                   v.                                  :          **ORDER**
                                                          :
JCM AMERICAN CORP. and               :
JAPAN CASH MACHINE CO. LTD.,       :
                                                          :
                              Defendants.         :
_____:

THIS MATTER having come before the Court on Defendants' Application for Fees and

Motion for Exceptional Case, Motion to Strike the Declaration of Joy M. Stanton, and Motion

for Rule 11 Sanctions; and the Court having considered the papers submitted by the parties; and

for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Application for Fees and Motion for

Exceptional Case (Docket No. is 186) granted in part and denied in part; and it is further

ORDERED that Defendants shall be awarded $63,288.00 in attorney's fees associated

with their motion to dismiss; and it is further

ORDERED that Defendants' request for fees related to their opposition to Mars' Rule

25(c) motion is DENIED; and it is further

ORDERED that Defendants' requests for attorney's fees associated with discovery, costs

and actual expenses are DENIED without prejudice; and it is further

ORDERED that Defendants' Motion for Exceptional case is DENIED; and it is further

ORDERED that Defendants' Motion to Strike the Declaration of Joy M. Stanton (Docket No. 200) is DENIED as moot; and it is further

ORDERED that Defendants' Motion for Rule 11 Sanctions (Docket No. 164) is DENIED.


Dated:   7-30-09                              /s/ Robert B. Kugler
                                             ROBERT B. KUGLER
                                             United States District Judge