UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

CAMDEN VICINAGE

| | |
|---|---|
| MARS, INC. and MEI, INC., | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) Case No. 05-cv-3165(RBK/JS) |
| v. | ) |
| | ) |
| JCM AMERICAN CORP. and JAPAN CASH MACHINE CO., LTD., | ) |
| | ) |
| Defendant(s) | ) |

**NOTICE OF APPEAL**

    Notice is hereby given that JCM American Corp., and Japan Cash Machine Co., Ltd., Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order of the District Court, entered in this action on July 30, 2009, entering the amount of a sanction but with the denial of the remainder of JCM American Corp.'s and Japan Cash Machine Co., Ltd.'s attorneys' fees and costs awarded in the December 23, 2008 Termination Order.

    JCM American Corp. and Japan Cash Machine Co., Ltd. also appeal the "without prejudice" dismissal of Mars' Complaint instead of "with prejudice" as to Plaintiff Mars, Inc., as requested by JCM American Corp.'s and Japan Cash Machine Co., Ltd.'s Motion to Dismiss (including the order included therein providing that discovery in the case could carry over to any potential new case filed by the non-party MEI).

    JCM American Corp. and Japan Cash Machine Co., Ltd. also appeal the denial of the Motion for an Exceptional Case determination under 35 U.S.C. §285, and the interlocutory orders that merge into that order, including the Order on inequitable conduct, and the denial of the Rule 11 Motion.

    This notice is filed to preserve JCM American Corp.'s and Japan Cash Machine Co., Ltd.'s right to appeal, although the effective date of this notice may be extended pending the entry of a final judgment.

Date:  8/28/2009                    s/William J. Hughes, Jr._____
                                    William J. Hughes, Jr.(1924)
                                    Attorneys for Defendants, JCM
                                    American Corp. and Japan Cash
                                    Machine Co., Ltd.
                                    Cooper Levenson April Niedelman &
                                    Wagenheim, P.A.
                                    1125 Atlantic Avenue, 3rd Floor
                                    Atlantic City, NJ 08401
                                    whughes@cooperlevenson.com
                                    609-344-3161