McCARTER & ENGLISH, LLP
Lanny S. Kurzweil, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096
Telephone:  (973) 622-4444
Fax:  (973) 624-7070

FISH & RICHARDSON, P.C.
Edmond R. Bannon, Esq. (*pro hac vice*)
Raymond R. Castello, Esq. (*pro hac vice*)
Lewis E. Hudnell III, Esq. (*pro hac vice*)
601 Lexington Avenue - 52nd Floor
New York, New York 10022-4611
Telephone: (212) 765-5070
Fax: (212) 258-2291

Attorneys for Plaintiffs
Mars, Incorporated and MEI, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mars, Incorporated and MEI, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> JCM American Corp., and <br> Japan Cash Machine Co. Ltd., <br><br> Defendants. | 05 CV-3165 (RBK-JS) |

## <u>NOTICE OF CROSS-APPEAL</u>

Notice is hereby given that, to the extent Defendants' Notice of Appeal, filed August 28, 2009, is deemed proper, Plaintiffs Mars, Incorporated and MEI, Inc. ("Plaintiffs") hereby cross-appeal to the United States Court of Appeals for the Federal Circuit from the Order of the

ME1 8998194v.1

District Court (Doc. 171), and corresponding Opinion (Doc. 170), entered in this action on

December 23, 2008, granting the dismissal of Plaintiffs' Complaint and Amended Complaint.

Plaintiffs also appeal, to the extent Defendants' Notice of Appeal is deemed proper, the

Court's Construction of one or more terms appearing in the Court's March 17, 2008 Opinion

(Doc. 136), the Court's July 2, 2008 Amended Opinion (Doc. 146) and the Court's

corresponding Order dated March 17, 2008 (Doc. 137).

This notice is filed to preserve Plaintiffs' right to cross-appeal in response to Defendants'

Notice of Appeal.  However, Plaintiffs believe the Notice of Appeal is improper at least because

no final judgment has been entered in this case.  Therefore, Plaintiffs intend to move to dismiss

Defendants' appeal.

MCCARTER & ENGLISH LLP

Dated:  September 11, 2009

By:  s/Lanny S. Kurzweil
Lanny S. Kurzweil, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096
Telephone: (973) 622-4444

Of Counsel:
FISH & RICHARDSON, P.C.
Edmond R. Bannon, Esq.
Raymond R. Castello, Esq.
Lewis E. Hudnell III, Esq.
601 Lexington Avenue - 52nd Floor
New York, New York 10022-4611
Telephone: (212) 765-5070

Attorneys for Plaintiffs
Mars, Incorporated and MEI, Inc.

MEI 8998194v.1

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that copies of the foregoing Notice of Cross-Appeal were served upon

counsel for Defendants as indicated below this 11th day of September 2009 at the following

addresses:

David B. Abel, Esq.
DLA Piper
Suite 400
1999 Avenue of the Stars
Los Angeles, CA 90067
**Via Overnight Mail**

William J. Hughes, Jr., Esq.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, New Jersey 08401
**Via ECF Notification and Overnight Mail**

Michael D. Rounds, Esq.
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511
**Via ECF and Overnight Mail**

Dated:  September 11, 2009

Kelly Garrone

3

ME1 8998194v.1